

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re: | |
| Cathleen M. Smith | |

**Order Filed on July 17, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:     17-24272

Hearing Date:     8/1/17

Judge:     JNP

Chapter:     7

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE**
**DISMISSED FOR FAILURE TO COMPLY WITH**
**D.N.J. LBR 1006-1, PAYMENT OF FILING FEES IN INSTALLMENTS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having noted that the debtor filed a petition on _____July 13, 2017_____ and has failed to comply with the Court's local rule, *D.N.J. LBR 1006-1, Payment of Filing Fees in Installments*, it is hereby

ORDERED that the debtor must appear before the Honorable __Jerrold N. Poslusny, Jr.__ on _____August 1, 2017_____ at _____10:00 am_____ in Courtroom number __4C__, __Mitchell H. Cohen U.S. Crthse, 400 Cooper St, Camden, NJ__, to show cause why this case should not be dismissed due to the debtor's failure to comply with the Court's local rule as stated below:

☒ Debtor has not paid the filing fee in the amount of ____$335.00_____ in full at the time of the filing of the petition, and has not submitted an *Application for Individuals to Pay the Filing Fee in Installments*. The Application must be filed, and the initial installment, in an amount equal to 25% of the full filing fee, must be paid immediately.

☐ Debtor has submitted an *Application for Individuals to Pay the Filing Fee in Installments,* but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee. The balance of the first installment in the amount of _____ is due immediately.

*rev.8/1/16*