Certificate Number: 15111-NJ-DE-029739763

Bankruptcy Case Number: 17-24272



15111-NJ-DE-029739763

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2017</u>, at <u>12:06</u> o'clock <u>PM EDT</u>, <u>Cathleen Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>August 16, 2017</u>

By: <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>